**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1226**

———————

MOSHE PERELMAN,

Plaintiff - Appellant,

versus

JANET RENO; BILL CLINTON; COMMISSIONER DORIS
OF THE IMMIGRATION AND NATURALIZATION SERVICE;
IRENE WEISS; M. GRUGAL; GEORGE LLOYED; HOWARD
MCKIBBEN; PHILIP PRO; EDWARD REED; DAVID
HAGEN; J. RAWLINSON; PHYLLIS ATKINS; LAWRENCE
LEAVITT; ROBERT JOHNSTON; ROGER K. HUNT;
ROBERT MCQUAD; JOHN DOES; JANE DOES,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CA-99-53-7)

———————

Submitted: April 15, 1999      Decided: April 20, 1999

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Moshe Perelman, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Moshe Perelman appeals the district court's order dismissing his action without prejudice for lack of venue. <u>See</u> 28 U.S.C. § 1406(a) (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Perelman v. Reno</u>, No. CA-99-53-7 (W.D. Va. Feb. 3, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>